DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| State v. Gibson<br><br>Case Below:<br>170 N.C. App. 698 | No. 352P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-1012) | Denied<br>10/06/05 |
|---|---|---|---|
| State v. Gilbert<br><br>Case Below:<br>171 N.C. App. 366 | No. 425P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-1227) | Denied<br>10/06/05 |
| State v. Goodman<br><br>Case Below:<br>172 N.C. App. 172 | No. 495P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-1411) | Denied<br>11/03/05 |
| State v. Graham<br><br>Case Below:<br>169 N.C. App. 457 | No. 518P05 | Def's Motion "for Discretionary Review Under N.C.G.S. § 7A-31 (a)" (COA04-784) | Denied<br>10/06/05 |
| State v. Hames<br><br>Case Below:<br>170 N.C. App. 312 | No. 337P05 | 1. AG's Motion for Temporary Stay (COA04-968)<br><br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's PDR Under N.C.G.S. 7A-31 | 1. Allowed<br>**06/27/05**<br>359 N.C. 638<br>Stay Dissolved<br>**10/06/05**<br><br>2. Denied<br>10/06/05<br><br>3. Denied<br>10/06/05 |
| State v. Harrington & Rattis<br><br>Case Below:<br>171 N.C. App. 17 | No. 384P05 | 1. Def's (Chris Rattis) PDR Under N.C.G.S. § 7A-31 (c)<br><br>2. Def's Motion of Appeals as a Matter of Constitutional Right to this Higher Court Under the Strickland Standard Under N.C.G.S. § 15A-1443 A + B<br><br><br>3. Def's Motion to Set Aside Unconstitutional and High Sentencing<br><br>4. Def's Motion to Review Denial of Motion to Suppress | 1. Denied<br>10/06/05<br><br>2. Dismissed ex mero motu<br>10/06/05<br><br><br>3. Dismissed<br>10/06/05<br><br>4. Dismissed<br>10/06/05<br><br>**Brady, J.**<br>**Recused** |
| State v. Harris<br><br>Case Below:<br>171 N.C. App. 515 | No. 454P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-1132) | Denied<br>10/06/05 |